# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**
**and the STATE OF TENNESSEE** *ex*
***rel.* DR. L. DARRYL QUARLES,**

      **Plaintiffs,**

                                                                           **Civil No.: 16-cv-2733-JTF-dkv**

      **v.**

**SATELLITE HEALTHCARE, INC.,**
**UT MEDICAL GROUP, INC., and**
**WELLBOUND OF MEMPHIS, LLC,**

      **Defendants.**
_____

# ORDER ON NOTICE OF INTERVENTION
# FOR PURPOSES OF SETTLEMENT
_____

Before the Court is a Notice of Intervention for Purposes of Settlement filed by the United States and State of Tennessee on January 29, 2019. (ECF No. 25.) The Court finds that the Notice of Intervention is well-taken. Therefore, the Court orders the following:

1. That Relator's Complaint, the United States' and the State of Tennessee's Notice of Intervention, and this Order be Unsealed;

2. That all filings after this Order be Unsealed;

3. That all other filings in this matter remain under Seal and not be made public;

4. That this matter be held in abeyance pending the filing of the Notice of Dismissal by the United States, the State of Tennessee, and Relator; and

**IT IS SO ORDERED** this 29th day of January, 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge