UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA, and**
**THE STATE OF TENNESSEE** *ex rel.*
**DR. L. DARRYL QUARLES,**

      **Plaintiffs,**

v.                                                          Cv. No. 16-2733-JTF

**SATELLITE HEALTHCARE, INC.,**
**UT MEDICAL GROUP, INC., and**
**WELLBOUND of MEMPHIS, LLC,**

      **Defendants.**

# JUDGMENT

      Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal With Prejudice entered on April 9, 2018.

**APPROVED:**

*s/John T. Fowlkes, Jr.*　　　　　　　　　　　　　　　THOMAS M. GOULD
JOHN T. FOWLKES, JR.　　　　　　　　　　　　　　　CLERK
UNITED STATES DISTRICT JUDGE

April 10, 2019　　　　　　　　　　　　　　　　　　　s/Lorri J. Fentress
DATE　　　　　　　　　　　　　　　　　　　　　　　(BY) LAW CLERK